No. 83–703. FLORIDA POWER & LIGHT CO. *v.* LORION, DBA CENTER FOR NUCLEAR RESPONSIBILITY, ET AL.; and

No. 83–1031. UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. *v.* LORION ET AL. C. A. D. C. Cir. [Certiorari granted, 466 U. S. 903.] Motion of petitioner in No. 83–703 for divided argument granted, and a total of 15 minutes allotted for that purpose. Motion of the Solicitor General for divided argument granted, and a total of 15 minutes allotted for that purpose.

No. 83–727. ALEXANDER, GOVERNOR OF TENNESSEE, ET AL. *v.* CHOATE ET AL. C. A. 6th Cir. [Certiorari granted *sub nom. Alexander* v. *Jennings*, 465 U. S. 1021.] Motion of respondent Hershel Choate for leave to proceed further herein *in forma pauperis* granted.

No. 83–1170. UNITED STATES *v.* 50 ACRES OF LAND ET AL. C. A. 5th Cir. [Certiorari granted, 465 U. S. 1098.] Motion of respondents and National Governors' Association et al. for divided argument to permit National Governors' Association et al. to present oral argument as *amici curiae* denied.

No. 83–1362. CLEVELAND BOARD OF EDUCATION *v.* LOUDERMILL ET AL.;

No. 83–1363. PARMA BOARD OF EDUCATION *v.* DONNELLY ET AL.; and

No. 83–6392. LOUDERMILL *v.* CLEVELAND BOARD OF EDUCATION ET AL. C. A. 6th Cir. [Certiorari granted, 467 U. S. 1204.] Motion of James Loudermill for appointment of counsel granted, and it is ordered that Robert M. Fertel, Esquire, of Cleveland, Ohio, be appointed pursuant to Rule 46.6 to serve as counsel for James Loudermill in these cases.

No. 83–1897. IN RE FERNANDEZ-TOLEDO ET AL. Motion of petitioners to expedite consideration of the petition for writ of mandamus denied.

No. 83–6610 (A–1024). BARFIELD *v.* HARRIS, SUPERINTENDENT, NORTH CAROLINA CORRECTIONAL CENTER FOR WOMEN, ET AL., 467 U. S. 1210. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, is granted pending further order of the Court. Respondent is requested to file a response to the petition for rehearing within 30 days.